GREGG *v*. THE INDIANAPOLIS AND ST. LOUIS RAILROAD COMPANY.

APPEAL from the Hendricks Circuit Court.

WORDEN, C. J.—The questions arising in this case were all decided in the case of *Straughan* v. *The Indianapolis and. St. Louis Railroad Company, ante,* p. 185; and the judgment must be affirmed for the reasons given in that case.

The judgment below is affirmed, with costs and five per cent. damages.

*W. A. McKenzie,* for appellant.
*M. A. Osborn* and *L. Ritter,* for appellee.